FILED
U.S. DISTRICT COURT
SAVANNAH

2013 JAN 31 AM 10: 3

CLERK _____
SO. DIST. OF GA.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK<br><br>Plaintiff,<br><br>v.<br><br>DENNIS WATERS CONSTRUCTION, LLC, and DENNIS A. WATERS Individually,<br><br>Defendants. | Civil Action No. CV412-260 |

## ORDER GRANTING MOTION FOR SUBSTITUTION

Having considered the Motion to Substitute First Southwestern Financial Services, LLC as the Plaintiff in this action,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion For Substitution is **GRANTED**. First Southwestern Financial Services, LLC shall be substituted as the Plaintiff in this action.

This _31_ day of _Jan_, 2013.

_____
Judge, United States District Court
Southern District of Georgia

Order prepared by:
Christopher H. Smith
Georgia Bar Number 655370
Thomerson Macchiaverna & Smith P.C.
P.O. Box 8472
Savannah, GA 31412
Tel: (912) 790-7778
Fax: (912) 790-7797
smitty@tmlawpc.com