# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

FIRST SOUTHWESTERN FINANCIAL
SERVICES, LLC,

        Plaintiff,

   v.

DENNIS WATERS CONSTRUCTION, LLC;
and DENNIS A. WATERS,

        Defendants.

CIVIL ACTION NO.: 4:12-cv-260

# O R D E R

In the Court's prior Order dated April 23, 2019, this matter was set down for a Show Cause Hearing on June 4, 2019. (Doc. 26.) The Court hereby **CONTINUES** said hearing to **Monday, July 15, 2019**, at 2:00 PM, in the United States District Courthouse, First Floor Courtroom, 125 Bull Street, Savannah, Georgia. As previously directed, the Court **ORDERS** Defendant Dennis A. Waters to appear at the hearing and to show cause, if there be any, why the Court should not issue an order charging his interest in each of the limited liability companies listed in Plaintiff's Motion for Charge Order, (doc. 23), with payment of the outstanding judgment in this case and also why the Court should not enter an order enjoining him from selling, conveying, gifting, encumbering or otherwise transferring his interests in those limited liability companies to any third-parties in order to thwart payment of the judgment

Additionally, the Court **DIRECTS** the United States Marshal to **personally serve** Defendant Dennis A. Waters with a copy of Plaintiff's Motion, (doc. 23), a copy of this Order, and a copy of the Court's prior April 23, 2019 Order, (doc. 26), wherever he may be found, including

his believed home address: 181 Shelley Drive, Allenhurst, Georgia 31301. The Court further **DIRECTS** the Clerk of Court to serve a copy of this Order and the Court's prior April 23, 2019 Order upon Dennis A. Waters, via certified mail to the following addresses: 181 Shelley Drive, Allenhurst, Georgia 31301; P.O. Box 727, Allenhurst, Georgia 31301; and 565 Dunlevie Road, Allenhurst, Georgia 31301.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA