**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| FIRST SOUTHWESTERN FINANCIAL SERVICES, LLC, | |
| Plaintiff, | CIVIL ACTION NO.: 4:12-cv-260 |
| v. | |
| DENNIS WATERS CONSTRUCTION, LLC; and DENNIS A. WATERS, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Plaintiff's Application for Entry of a Charging Order. (Doc. 23.) A Show Cause Hearing was held on July 15, 2019. Defendants did not appear at the hearing. For the reasons stated on the record during the Show Cause Hearing and for good cause shown, the Court **GRANTS** Plaintiff's Application for entry of a charging order against the Limited Liability Company interests of Dennis A. Waters.

The Court hereby **DIRECTS** the United States Marshal to make reasonable efforts to **personally serve** Defendant Dennis A. Waters with a copy of this Order, and a copy of the Court's Charging Order wherever he may be found, including his believed home address: 181 Shelley Drive, Allenhurst, Georgia 31301. The Court further **DIRECTS** the Clerk of Court to serve a copy of this Order and the Charging Order upon Dennis A. Waters, via certified mail to the following addresses: 181 Shelley Drive, Allenhurst, Georgia 31301; P.O. Box 727, Allenhurst,

Georgia 31301; and 565 Dunlevie Road, Allenhurst, Georgia 31301.

**SO ORDERED**, this 22nd day of July, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA