# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| FIRST SOUTHWESTERN FINANCIAL SERVICES, LLC, | ) ) ) | |
| Judgment Creditor, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. CV412-260 |
| DENNIS WATERS CONSTRUCTION, LLC and DENNIS A. WATERS, | ) ) ) ) | |
| Judgment Debtor. | ) | |

## CHARGING ORDER
## AGAINST THE LIMITED LIABILITY COMPANY INTERESTS OF JUDGEMENT DEBTOR DENNIS A. WATERS, an individual AND INJUNCTION

Having reviewed and considered the Application for Entry of a Charging Order Against the Limited Liability Company Interests of Judgment Debtor Dennis A. Waters (the "Application") filed by First Southwestern Financial Services, LLC ("Judgment Creditor") on March 8, 2019; and

This Court having entered a judgment against Dennis A. Waters ("Judgment Debtor") on March 27, 2013 in the sum of $745,663.33 in principal, which is comprised of $548,102.77 in principal and $197,560.56 in pre-judgment interest, together with interest accruing at the rate of sixteen percent (16%) per year from the date of judgment and attorney's fees and costs in the amount of $110,983.68 (the "Judgment"); and

Judgment Creditor now requests this Court to enter an order charging the Judgment Debtor's limited liability company interest with payment of the Judgment pursuant to O.C.G.A. § 14-11-504(a); and

The Court being unaware of any basis to deny Judgment Creditor's Application in aid of its efforts to collect the amounts due and owing pursuant to the Judgment;

IT IS ORDERED that Judgment Debtor's interest in the following limited liability companies: 1) Cameron Woods, LLC; 2) Cypress Bend, LLC; 3) D&R Financial Group, LLC; 4) Dennis Waters Construction, LLC; 5) Dunlevie Holdings, LLC; 6) South Atlantic Developers, LLC; 7) The Waters Group, LLC; 8) Dennis Waters Properties, LLC; and 9) South Haven MHP, LLC is hereby charged with payment of the unsatisfied amount of the Judgment. These limited liability companies are ordered to deliver to Judgment Creditor all future distributions, draws, returns of equity, loan repayments and all other payment obligations owed to Judgment Debtor by virtue of his interest in the limited liability companies until such time the Judgment in the above-styled action is satisfied in full. Checks shall be made payable to "First Southwestern Financial Services, LLC" and delivered to Judgment Creditor, Attn: Michael J. Thomerson, 607 Pendleton Street, Suite 202, Greenville, South Carolina 29601. Judgment Debtor is RESTRAINED and ENJOINED from receiving from the following limited liability companies: 1) Cameron Woods, LLC; 2) Cypress Bend, LLC; 3) D&R Financial Group, LLC; 4) Dennis Waters Construction, LLC; 5) Dunlevie Holdings, LLC; 6) South Atlantic Developers, LLC; 7) The Waters Group, LLC; 8) Dennis Waters Properties, LLC; and 9) South Haven MHP, LLC any distributions subject to this Charging Order.

IT IS FURTHER ORDERED that Judgment Debtor, his agents, servants, employees, attorneys, and those persons in active concern or participation with him who receive notice of this Order are hereby RESTRAINED and ENJOINED from alienating, encumbering, assigning, transferring, pledging, hypothecating, otherwise impairing in any manner, or in any manner failing to hold and protect Judgment Debtor's membership interest however denominated, in 1) Cameron Woods, LLC; 2) Cypress Bend, LLC; 3)

D&R Financial Group, LLC; 4) Dennis Waters Construction, LLC; 5) Dunlevie Holdings, LLC; 6) South Atlantic Developers, LLC; 7) The Waters Group, LLC; 8) Dennis Waters Properties, LLC; and 9) South Haven MHP, LLC, until such time as the Judgment has been satisfied in full.

IT IS FURTHER ORDERED that this Order is without prejudice to Judgment Creditor's right to use all other lawful means to collect the Judgment. O.C.G.A. §14-11-504(b).

IT IS FURTHER ORDERED that the Clerk of Court is directed to record a copy of this order in the General Execution Docket.

IT IS FURTHER ORDERED that Judgment Creditor shall file a cancellation of this Order within thirty (30) days of full satisfaction of the Judgment.

SO ORDERED this 22nd day of July, 2019.

_____
Presiding Judge
United States District Court for the Southern District of Georgia

PRESENTED BY:
Michael J. Thomerson
Georgia Bar No. 706999
Attorney for Judgment Creditor
THOMERSON & ROGERS P.C.
607 Pendleton Street, Suite 202
Greenville, South Carolina 29601
T  864.991.8329
F  864.991.8330
E  mthomerson@tmlawpc.com